

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No._'23 MJ2932_ |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| Francisco MORALES-Rodriguez | ) | Attempted Entry after |
| | ) | Deportation |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about August 12, 2023 within the Southern District of California, Defendant, Francisco MORALES-Rodriguez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the San Ysidro, California Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the Defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Mario Valdes-Vazquez, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 14th of August 2023.

_____
HON. STEVE CHU
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Nancy Cervantes, declare under penalty of perjury the following to be true and correct:

On August 12, 2023, at approximately 11:20 A.M., Francisco MORALES-Rodriguez (Defendant), attempted to enter without inspection into the United States from Mexico running afoot through the San Ysidro Port of Entry vehicle primary lanes.   The CBP Officer gave verbal commands to stop, Defendant continued running northbound into the United States. The CBP Officer continued yelling verbal commands, Defendant then dropped to the ground and Defendant was apprehended. The CBP Officer placed Defendant in hand restraints and was subsequently escorted to the security office for initial processing.

In Secondary Office, Defendant was queried by ten-digit fingerprint submission in the Integrated Automated Fingerprint Identification System (IAFIS) and Automated Biometric Identification System (IDENT).   IAFIS and IDENT resulted in a positive match to the query, confirming Defendant's identity and linking him to Federal Bureau of Investigation Number (FBI) and Department of Homeland Security service records which identify Defendant as a citizen of Mexico without legal documents to enter the United States.

Continued Probable Cause Statement on Page 2;

Continued Probable Cause Statement
US v. Francisco MORALES-Rodriguez

DHS records confirmed Defendant to be a citizen of Mexico with no legal rights to enter the United States. Department of Homeland Service records indicate Defendant was ordered deported Administratively from the United States to Mexico on or about December 4, 2007, and was last physically removed from the United States to Mexico on March 17, 2016, through El Paso, Texas. Immigration service records contain no evidence Defendant has applied or received permission from the United States Attorney General or his designated successor, the Secretary of the Department of Homeland Security, to legally seek reapplication for admission into the United States.

Executed on this day 12th of August, 2023 at 10:00 P.M.

_____
Nancy Cervantes / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the Defendant named therein committed the offense on August 12, 2023, in violation of Title 8, U.S.C., Section 1326.

_____          **11:30 AM, Aug 13, 2023**
MAGISTRATE JUDGE                          DATE / TIME